JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES BLAYLOCK, | Case No. 2:23-05221 MRA (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| ORANGE COUNTY PROBATION DEPT., | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: January 31, 2025

_____
THE HONORABLE MONICA RAMÍREZ ALMADANI
United States District Judge